|   |   |
|---|---|
| 1 | **JOHNSON FISTEL, LLP** |
|   | Frank J. Johnson (SBN 174882) |
| 2 | FrankJ@johnsonfistel.com |
|   | Brett M. Middleton (SBN 199427) |
| 3 | BrettM@johnsonfistel.com |
|   | Jonathan M. Scott (SBN 323322) |
| 4 | JonathanS@johnsonfistel.com |
|   | 501 West Broadway, Suite 800 |
| 5 | San Diego, CA 92101 |
|   | Telephone: (619) 230-0063 |

*Counsel for Plaintiff Melissa Hanna*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA HANNA, derivatively on behalf of MOMENTUS INC. (F/K/A STABLE ROAD ACQUISITION CORP.), a Delaware corporation, | Case No.: 5:23-cv-00374-EJD |
| Plaintiff, | **STATUS REPORT REGARDING SETTLEMENT NEGOTIATIONS** |
| v. | |
| BRIAN KABOT, JUAN MANUEL QUIROGA, JAMES NORRIS, JAMES HOFMOCKEL, MIKHAIL KOKORICH, DAWN HARMS, FRED KENNEDY, CHRIS HADFIELD, MITCHEL B. KUGLER, VICTORINO MERCADO, KIMBERLY A. REED, LINDA J. REINERS, JOHN C. ROOD, STABLE ROAD ACQUISITION CORP., and SRC-NI HOLDINGS, LLC, | |
| Defendants, | |
| -and- | |
| MOMENTUS, INC. (F/K/A STABLE ROAD ACQUISITION CORP.), a Delaware corporation, | |
| Nominal Defendant. | |

Plaintiff Melissa Hanna ("Plaintiff"), Nominal Defendant Momentus, Inc. (f/k/a Stable Road Acquisition Corp.), and Defendants Brian Kabot, Juan Manuel Quiroga, James Norris, James Hofmockel, Mikhail Kokorich, Dawn Harms, Fred Kennedy, Chris Hadfield, Mitchel B. Kugler, Victorino Mercado, Kimberly A. Reed, Linda J. Reiners, John C. Rood, Stable Road Acquisition Corp., and SRC-NI Holdings, LLC (collectively, with Momentus, "Defendants"), by and through their undersigned counsel, hereby submit the following status report regarding settlement negotiations, pursuant to this Court's order dated July 1, 2024 (ECF No. 31).

As stated in their most recent joint status report, as of July 1, the parties had been diligently working with a mediator towards a global resolution of this action and two related shareholder derivative actions involving some of the same parties and factual allegations—a case pending in the United States District Court for the Central District of California, captioned *Rivlin v. Kabot, et al.*, Case No. 2:23-cv-03120 (the "Rivlin Action"), and a case pending in the Court of Chancery of the State of Delaware, captioned *Lindsey v. Quiroga*, et al., C.A. No. 2023-0674-PAF (the "Lindsey Action") (collectively with this action, the "Derivative Matters"). At that time, the parties had made significant progress toward finalizing a global resolution and settlement of the Derivative Matters and resolving several then-outstanding issues.

Since the last status report and court order, the parties have been diligently working on a formal written stipulation and settlement agreement in connection with the Derivative Matters and expect to be able to present it to this Court for approval pursuant to Federal Rule of Civil Procedure 23.1(c) in the coming days. Over the past month, the parties drafted and exchanged twelve drafts of the stipulation and related exhibits (the "Settlement Documents") and recently arrived at a near-final draft of the Settlement Documents. In particular, counsel for the plaintiffs and the defendants in the Derivative Matters have reached a verbal understanding and agreement regarding the Settlement Documents. Subject to final review and approval from the parties, which counsel for Plaintiff and Defendants reasonably expect to happen by this coming Monday, August 26, the parties will then execute the stipulation and settlement agreement, and pursuant to Rule 23.1(c) Plaintiff's counsel will submit it to the Court through a motion for preliminary approval of derivative settlement.

In light of the recent settlement progress and the forthcoming motion for approval of the derivative settlement, the parties respectfully request that this Court strike the upcoming status conference set for September 5, 2024, at 10:00 am, or alternatively, set the hearing on the motion for preliminary approval of derivative settlement at that time when filed, which has been reserved for October 3, 2024, at 9:00 a.m.

Dated: August 23, 2024

By: /s/ *Brett M. Middleton*
BRETT M. MIDDLETON

**JOHNSON FISTEL, LLP**
Frank J. Johnson (174882)
Brett M. Middleton (199427)
Jonathan M. Scott (SBN 323322)
501 West Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 230-0063
BrettM@johnsonfistel.com
FrankJ@johnsonfistel.com
JonathanS@johnsonfistel.com

*Attorneys for Plaintiff Melissa Hanna*

By: /s/ *Charles E. Elder*
CHARLES E. ELDER

**BRADLEY ARANT BOULT CUMMINGS LLP**
Charles E. Elder (SBN 186524)
1221 Broadway, Suite 2400
Nashville, TN 37203
Telephone: (615) 252-3597
Celder@bradley.com

|   |   |
|---|---|
| 1 | **BAKER AND MCKENZIE, LLP** |
| 2 | Aaron Goodman (SBN 330791)<br>10250 Constellation Boulevard, Suite 1850 |
| 3 | Los Angeles, CA 90067<br>Telephone: (310) 201-4709 |
| 4 | Facsimile: (310) 201-4721<br>Email: perrie.weiner@backermckenzie.com |
| 5 | Email: aaron.goodman@backermckenzie.com |
| 6 | *Attorneys for Nominal Defendant Momentus, Inc. and Defendants John C. Rood, Chris* |
| 7 | *Hadfield, Mitchel B. Kugler, Victorino Mercado Kimberly A. Reed, and Linda J.* |
| 8 | *Reiners* |
| 9 | By: */s/ Christopher J. Esbrook* |
| 10 | CHRISTOPHER J. ESBROOK |
| 11 | **ESBROOK P.C.**<br>Christopher J. Esbrook |
| 12 | David Pustilnik<br>Kirk Watkins |
| 13 | 321 N. Clark Street, Suite 1930<br>Chicago, IL 60654 |
| 14 | Telephone: (312) 319-7681<br>Email: christopher.esbrook@esbrook.com |
| 15 | Email: david.pustilnik@esbrook.com<br>Email: kirk.watkins@esbrook.com |
| 16 | |
| 17 | *Attorneys for Defendants Brian Kabot, Juan Manuel Quiroga, James Norris, James* |
| 18 | *Hofmockel, , Stable Road Acquisition Corp., and SRC-NI Holdings, LLC* |
| 19 | By: */s/Jeffrey L. Steinfeld* |
| 20 | JEFFREY L. STEINFELD |
| 21 | **WINSTON & STRAWN LLP**<br>Jeffrey L. Steinfeld (SBN 29484) |
| 22 | 333 S. Grand Avenue, 38th Floor<br>Los Angeles, CA 90071 |
| 23 | Telephone: (213) 615-1700<br>Email: jlsteinfeld@winston.com |
| 24 | *Attorneys for Defendant Dawn Harms* |

3

CASE NO.: 5:23-cv-00374-EJD
STATUS REPORT REGARDING SETTLEMENT NEGOTIATIONS

Case 5:23-cv-00374-EJD   Document 33   Filed 08/23/24   Page 4 of 6

By: */s/ William E. Stoner*
WILLIAM E. STONER

**STONER CARLSON LLP**
William E. Stoner (SBN 101418)
301 E. Colorado Boulevard, Ste. 320
Los Angeles, CA 90017
Telephone: (213) 687-2640
Email: wstoner@stonercarlson.com

*Attorneys for Defendant Fred Kennedy*

**SIGNATURE ATTESTATION**

I, Brett M. Middleton, am the ECF User whose identification and password are being used to file the foregoing document. Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatories have concurred in this filing.

Dated: August 23, 2024                By: */s/ Brett M. Middleton*
                                                    BRETT M. MIDDLETON