**JOHNSON FISTEL, LLP**
Frank J. Johnson (SBN 174882)
FrankJ@johnsonfistel.com
Brett M. Middleton (SBN 199427)
BrettM@johnsonfistel.com
Jonathan M. Scott (SBN 323322)
JonathanS@johnsonfistel.com
501 West Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 230-0063

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA HANNA, Derivatively on Behalf of MOMENTUS INC. (F/K/A STABLE ROAD ACQUISITION CORP.),<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN KABOT, JUAN MANUEL QUIROGA, JAMES NORRIS, JAMES HOFMOCKEL, MIKHAIL KOKORICH, DAWN HARMS, FRED KENNEDY, CHRIS HADFIELD, MITCHEL B. KUGLER, VICTORINO MERCADO, KIMBERLEY A. REED, LINDA J. REINERS, JOHN C. ROOD, STABLE ROAD ACQUISITION CORP., and SRC-NI HOLDINGS, LLC,<br><br>Defendants,<br><br>and<br><br>MOMENTUS INC. (F/K/A STABLE ROAD ACQUISITION CORP.),<br><br>Nominal Defendant. | Case No. 5:23-CV-00374<br><br>**NOTICE OF NON-OPPOSITION TO UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT**<br><br>Hearing Date: October 3, 2024<br>Hearing Time: 9:00 a.m.<br>Courtroom: 4, 5th Floor, San Jose Courthouse<br>Judge: Hon. Edward J. Davila |

Plaintiff Melissa Hanna ("Plaintiff") submits this Notice of Non-Opposition to the Unopposed Motion for Preliminary Approval of Derivative Settlement ("Motion") (ECF No. 34), filed on August 26, 2024.

No opposition to the Motion was filed. The deadline to oppose the Motion was September 9, 2024. Accordingly, the Court should grant the Motion. Approving the unopposed Motion will allow notice of the proposed Settlement[1] to Current Momentus Shareholders to be issued and the Settlement will proceed to the final approval stage. At the final approval stage, the Court will hold a hearing to determine, upon further submissions by Plaintiff and any potential objectors, whether the Settlement is fair, reasonable, and adequate.

Plaintiff noticed the Motion for October 3, 2024, at 9:00 a.m. Pursuant to Civil Local Rule 7-1(b), in the Judge's discretion, or upon request by counsel and with the Judge's approval, a motion may be determined without oral argument or by telephone conference call. Plaintiff respectfully requests that the Motion be determined without oral argument and enter the [Proposed] Preliminary Approval Order, submitted as ECF No. 34-4, after inserting a date for the Settlement Hearing in paragraph 2 of the order that is at least 60 calendar days after entry of the order.

Granting the unopposed Motion on the papers will allow the Court to schedule and conduct the Settlement Hearing on an earlier date and, if final approval is granted, expedite the timing of the implementation of the Settlement's Corporate Governance Measures.

Dated: September 16, 2024

Respectfully submitted,

**JOHNSON FISTEL, LLP**

*/s/ Brett M. Middleton*
BRETT M. MIDDLETON

---

[1] All capitalized terms not defined in herein shall have the same definition as set forth in the Stipulation and Agreement of Settlement (ECF No. 34-2).

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FRANK J. JOHNSON
JONATHAN M. SCOTT
501 West Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 230-0063
brettm@johnsonfistel.com
frankj@johnsonfistel.com
jonathans@johnsonfistel.com

*Counsel for Plaintiff Melissa Hanna*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the Electronic Mail Notice for this action.

/s/ *Brett M. Middleton*
Brett M. Middleton